# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff**

vs.                                Civil No.    3:13cv85-LAC/EMT

**CONTENTS OF SUNTRUST BANK ACCOUNT NO.
1000148669525 IN THE NAME OF WOODSTOCK
SANTA ROSA BEACH, INC.**

    **Defendant**
_____/

## DECREE OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Decree of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on February 22, 2013, a Verified Complaint of Forfeiture In Rem against the defendant property, Contents of SunTrust Bank Account No. 1000148669525 in the name of Woodstock Santa Rosa Beach, Inc., in the amount of $9,493.28, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. §§ 881(a)(6).

WHEREAS, on March 5, 2013, Patrick Anderson, potential claimant, was mailed notice of the pending forfeiture action by certified mail at 615 Birkdale Circle West,

Niceville, Florida 32578. The package was received and personally signed for by Patrick Anderson on March 12, 2013.

WHEREAS, Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning March 22, 2013, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. The Notice of Publication was filed on April 23, 2013.

WHEREAS, no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, Contents of SunTrust Bank Account No. 1000148669525 in the name of Woodstock Santa Rosa Beach, Inc., in the amount of $9,493.28, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this 22nd day of May, 2013.

          s/*L.A. Collier*
          LACEY A. COLLIER
          Senior United States District Judge